1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA FRANCESCA COLE,<br><br>   Plaintiff,<br>v.<br><br>WAL-MART STORES, INC. and DOES I through X, inclusive,<br><br>   Defendants. | Case No.: 2:15-CV-00262-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

1  party's own costs and attorney's fees.

2  DATED this 30 day of June, 2015.         DATED this 30th day of June, 2015.

3  **THE702FIRM**                             **PHILLIPS, SPALLAS & ANGSTADT**

_____                  _____ #13594

Michael C. Kane, Esq.                      Brenda H. Entzminger
400 S. 7th Street, Suite 400               504 South Ninth Street
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                  *Attorneys for Defendant*
*Lisa Cole*                                *Wal-Mart Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

The Clerk of Court is instructed to close this case.

Dated: June 30, 2015.

_____
UNITED STATES DISTRICT JUDGE